## 52408. MATHIS v. THE STATE.

BELL, Chief Judge.

Defendant was convicted of the possession of a deadly weapon while in custody of a penal institution in violation of Code Ann. § 77-361. He appeals, attacking only the sufficiency of the evidence. The evidence authorized the conviction.

*Judgment affirmed. Clark and Stolz, JJ., concur.*

SUBMITTED JULY 12, 1976 — DECIDED JULY 15, 1976.

*Carroll L. Cowart,* for appellant.
*John W. Underwood, District Attorney, DuPont K. Cheney, Assistant District Attorney,* for appellee.

*Judgment affirmed. Clark and Stolz, JJ., concur.*